IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

MAR 19 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 19-30031-NJR |
| vs. ) | |
| ) | Title 18, United States Code, |
| JAMES K. YOUNG, ) | Section 2252A(a)(2)(A) and 2253. |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about June 22, 2017, in St. Clair County, within the Southern District of Illinois,

**JAMES K. YOUNG,**

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely:

1. "rado001S.mpg" – a video file depicting the anal penetration of an approximately four-year-old toddler by an adult male,

using any means or facility of interstate commerce and that has been mailed, and has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 2

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about January 6, 2018, in St. Clair County, within the Southern District of Illinois,

## JAMES K. YOUNG,

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely:

1. "Lsm10-01-01.avi" – a video file depicting the lascivious exhibition of the genitals of two minor females under the age of 12,

using any means or facility of interstate commerce and that has been mailed, and has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 3

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about March 3, 2018, in St. Clair County, within the Southern District of Illinois,

## JAMES K. YOUNG,

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely:

1. "blonde girl (Samsung p150) preview.jpg" – a compilation image file depicting the lascivious exhibition of the genitals as well as the anal and vaginal penetration of a minor female under the age of 12 with an object,

using any means or facility of interstate commerce and that has been mailed, and has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 4

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about March 6, 2018, in St. Clair County, within the Southern District of Illinois,

**JAMES K. YOUNG,**

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following:

1. "000005.AVI" – a video file depicting the lascivious exhibition of the genitals of a minor female under the age of 12,

2. "000111.AVI" – a video file depicting the lascivious exhibition of the genitals of a minor female under the age of 12,

3. "000147.AVI" – a video file depicting the lascivious exhibition of the genitals of a minor female approximately six (6) years of age,

4. "003-4-11.mpg" – a video file depicting the lascivious exhibition of the genitals of a minor female under the age of 12, and

5. "004-1-01.mpg" – a video file depicting the lascivious exhibition of the genitals of a minor female under the age of 12,

using any means or facility of interstate commerce and that has been mailed, and has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 5

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about March 7, 2018, in St. Clair County, within the Southern District of Illinois,

### JAMES K. YOUNG,

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely:

1. "lsm 04-05-101.jpg" – an image file depicting the lascivious exhibition of the genitals of two prepubescent minor females, and

2. "lsm 04-07-070.jpg" – an image file depicting the lascivious exhibition of the genitals of a minor female,

using any means or facility of interstate commerce and that has been mailed, and has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 6

### RECEIPT OF CHILD PORNOGRAPHY

On or about November 7, 2017, in St. Clair County, within the Southern District of Illinois,

### JAMES K. YOUNG,

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely "lhv-004-026.jpg," "lhv-016-036.jpg," "lhv-027-097.jpg," "lsw-017-079.jpg," and "lsw-027-064.jpg," using any means or facility of interstate commerce and

4

that has been mailed, and has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 7

### RECEIPT OF CHILD PORNOGRAPHY

On or about April 29, 2018, in St. Clair County, within the Southern District of Illinois,

**JAMES K. YOUNG,**

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following: "Dc100.jpg," "Dc101.jpg," "Dc1014.jpg," "Dc1016," "Dc102.jpg," "Dc104.jpg," "Dc105.jpg," and "Dc106.jpg," using any means or facility of interstate commerce and that has been mailed, and has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged in this Indictment, defendant **JAMES K. YOUNG**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the charged offenses.

The property that is subject to forfeiture referred to in the paragraph above includes, but is not limited to, the following:

1. a black generic desktop computer (Custom Made) containing one Seagate hard drive device, model number ST 1000DM003, bearing serial number S1DPB6K; and

2. a SanDisk Micro SD card, model number SDSDQ-512, bearing serial number 06138015978.

**A TRUE BILL**



*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000 unsecured bond.

6